# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Clayton Trevor Mack

              **V.**

Robert Hernandez

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    09cv1700-JLS(AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation in full and Dismisses the Petition as barred by the statute of limitations.

| June 16, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer
(By) Deputy Clerk

ENTERED ON June 16, 2010

09cv1700-JLS(AJB)